No. 86–478. FIRST NATIONAL BANK OF CHICAGO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–520. TERRELL v. UNIVERSITY OF TEXAS SYSTEM POLICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–558. YAMAMOTO v. KLENSKE ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–575. MCCLELLAN v. WEST VIRGINIA. Cir. Ct. W. Va., Jefferson County. Certiorari denied.

No. 86–689. AMERICAN SAVINGS & LOAN ASSN. v. FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER FOR SAN MARINO SAVINGS & LOAN ASSN. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 86–696. FIDELITY FINANCIAL CORP. v. FEDERAL HOME LOAN BANK OF SAN FRANCISCO. C. A. 9th Cir. Certiorari denied.

No. 86–709. YAMAMOTO v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–711. PECORA ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–724. HERAEUS-AMERSIL, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–729. JOSEPH v. ALEXANDER ET AL. Ct. App. Ohio, Stark County. Certiorari denied.

No. 86–738. CAUCUS DISTRIBUTORS, INC., ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 86–745. VERMONT DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.